

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00917-CV

Peter T. **CISNEROS**,
Appellant

v.

**CINCINNATI INSURANCE COMPANY** as Subrogee of J. Mills Enterprises, Inc. d/b/a
Visiting Angels,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 22-380
Honorable Kirsten Cohoon, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED May 8, 2024.

_____
Rebeca C. Martinez, Chief Justice